FOR SETTLEMENT PURPOSES ONLY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS JORGE, on behalf of himself ) <br> and all others similarly situated ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FRED PERRY USA, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:17-CV-09211 <br> **STIPULATION & ORDER OF** <br> **DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear his/its own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: January 29, 2018

Daniel Cohen, Esq.
**DANIEL COHEN PLLC**
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
Email: dan@dccohen.com
Phone: 646-645-8482
*Attorneys for Plaintiff*

SO ORDERED:

Date: **JAN 3 0 2018**

Craig A. Convissar
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
Email: craig.convissar@kattenlaw.com
Phone: (212) 940-6369
*Attorneys for Defendant*

Hon. Judge George B. Daniels, U.S.D.J

16